# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145941 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHARLES HAWKINS,
    Defendant-Appellant.

SC:  145941
COA:  308456
Wayne CC:  08-008911-FC

_____/

On order of the Court, the application for leave to appeal the August 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

s1217